IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MAURINE BIGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:13cv689-MHT |
| | ) | (WO) |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

This case is before the court on the plaintiff's "amended complaint" (doc. no. 7).  M.D. Ala., LR 15.1 requires that: "Any amendment to a pleading, document or other papers, whether filed as a matter of course or upon a motion to amend, must, except by leave of Court, reproduce the entire pleading, document or other papers as amended, and may not incorporate any prior pleading, document or other papers by reference."  The plaintiff's amended complaint fails to comply this local rule.

\*\*\*

Accordingly, it is ORDERED that plaintiff is allowed until October 25, 2013, to comply with M.D. Ala., LR 15.1.

DONE, this the 18th day of October, 2013.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**