IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MAURINE BIGHAM, )<br>)<br>    Plaintiff, )<br>) CIVIL ACTION NO.<br>    v. ) 1:13cv689-MHT<br>) (WO)<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA, )<br>)<br>    Defendant. ) | |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Maurine Bigham's motion to dismiss (doc. no. 24) is granted.

(2) Plaintiff Bigham's motion to add party (doc. no. 20) is denied as moot.

(3) The court declines to exercise supplemental jurisdiction over the counterclaim by defendant Life Insurance Company of North America.

(4) This lawsuit in its entirety, both the complaint and the counterclaim, is dismissed without prejudice and with leave to refile in state court.

It is further ORDERED that the consent motion to extension (doc. no. 26) is denied as moot.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 19th day of February, 2014.

                    /s/ Myron H. Thompson
                  **UNITED STATES DISTRICT JUDGE**